IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

:　　　　CRIMINAL ACTION

v.　　　　　　　　　　　　　　:

:　　　　No. 19-cr-307-9

JOSE GENAO-CABA

Defendant on bail:
6523 Walker Street
Philadelphia, PA 19135

## NOTICE OF HEARING

Take notice that the **sentencing** is scheduled for **September 17, 2024** at **2:00 PM** before the **Honorable Chad F. Kenney** in **courtroom 11-B** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

**Court Summons:** This notice serves as a summons to appear in court.  If the defendant fails to appear as directed, then the presiding judge may issue a bench warrant.

**Status Report:** The pretrial services officer shall submit a status report to the Court in advance of the scheduled proceeding.

**Interpreter:** A Spanish interpreter will be required for the defendant.

**Sentencing Documents:** The probation officer's final presentence investigation report, the government's sentencing memorandum, the defendant's sentencing memorandum, motions, and exhibits shall be submitted to the Court at least seven (7) days prior to the scheduled proceeding.

By:　　　　Christopher Kurek, Deputy Clerk　　　　Date of Notice: 7/16/2024

Cc:　　　　Defendant
　　　　　　Defense Counsel – Richard Shore, Esq.
　　　　　　Assistant U.S. Attorney – Francis Weber, Esq.
　　　　　　U.S. Marshal
　　　　　　Court Security
　　　　　　Probation Office – Brian Piskai
　　　　　　Pretrial Services
　　　　　　Interpreter Coordinator